# Court of Appeals
# of the State of Georgia

ATLANTA, __May 22, 2012__

*The Court of Appeals hereby passes the following order:*

**A12D0374. SUNDAY N. UDOINYION v. ROBERT W. MOCK, CHIEF JUDGE.**

Sunday N. Udoinyion filed a product liability action against Michelin North America, Inc. for damages allegedly sustained when a tire blew out on his car. The trial court granted summary judgment to Michelin on all claims, and we affirmed the summary judgment ruling on appeal. See *Udoinyion v. Michelin North America*, 313 Ga. App. 248 (721 SE2d 190) (2011). We issued our remittitur on December 28, 2011. Over one month later, Udoinyion moved to recuse the trial judge, asserting that the case should be "re-heard" by a different judge. The trial court found the motion frivolous under OCGA § 9-15-2 (d) and instructed the clerk's office not to file it. Udoinyion seeks discretionary review of that ruling.

We lack jurisdiction. An appeal is subject to dismissal when the questions presented are moot. See OCGA § 5-6-48 (b) (3). Mootness results "if the rights insisted upon could not be enforced by a judicial determination." *Randolph Count v. Johnson*, 282 Ga. 160 (1) (646 SE2d 261) (2007). A matter is also moot if a ruling would have no practical effect on the alleged controversy. See *Carlock v. Kmart Corp.*, 227 Ga. App. 356, 361 (3) (a) (489 SE2d 99) (1997). Applying these principles, we have dismissed as moot appeals from orders entered *after* final judgment on a motion to recuse. See OCGA § 5-6-48 (b) (3); *Warringer v. Warringer*, 204 Ga. App. 86 (418 SE2d 446) (1992) (Beasley, J., concurring specially).

Our decision affirming the trial court's summary judgment order served as a final adjudication of this matter. See *Aetna Casualty & Surety Co. v. Bullington*, 227

Ga. 485 (2) (181 SE2d 495) (1971); OCGA § 9-11-60 (h).  The dispute, therefore, was over well before the trial court ruled on the motion to recuse.  Nothing remains to be resolved, and review of the trial court's recusal ruling would have no practical effect at this point.  Accordingly, because the issues raised in Udoinyion's application for discretionary appeal are moot, the application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/22/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*